NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD PHILLIPS, | ) | No. C 11-02744 JF (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| JOHN DOE, | ) ) | |
| Defendant. | ) ) ) | |

On June 7, 2011, Plaintiff, a California state prisoner, filed a letter regarding prison conditions. (Docket No. 1.) On the same day, the Clerk of the Court sent Plaintiff a notice that he had not attached a complaint to his pleadings. (See Docket No. 2.) Plaintiff was warned that if he failed to submit a complaint within thirty days from the date of the notice, the action would be dismissed. (Id.) Plaintiff was also sent a notice regarding his failure to pay the filing fee or file an in forma pauperis application, and given the same thirty days to respond. (Docket No. 3.)

The deadline has since passed, and Plaintiff has not filed a complaint or paid the filing fee. Accordingly, this action is DISMISSED without prejudice.

DATED: 8/17/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.11\02744Phillips_dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAROLD PHILLIPS,

        Plaintiff,

  v.

JOHN DOE,

        Defendant.

Case Number: CV11-02744 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____9/8/11_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold Phillips C-20212
California Men's Colony - East 8374
P.O. Box 8101
Highway One
San Luis Obispo, CA 93409-8101

Dated: ____9/8/11_____

                        Richard W. Wieking, Clerk